*Messrs. R. Palmer Ingram, George R. Shields,* and *George A. King* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Joseph H. Sheppard* for the United States.

No. 758. HANSEN, RECEIVER, *v.* E. I. DU PONT DE NEMOURS & Co., INC. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Emil Hansen, pro se. Messrs. George H. Bond* and *William H. Button* for respondent.

No. 759. SILVA *v.* UNITED STATES. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 769. AMERICAN MUTUAL LIABILITY INSURANCE Co. *v.* MCCAFFREY ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Palmer Hutcheson, Benjamin Brooks,* and *Harold S. Davis* for petitioner. No appearance for respondents.

No. 773. LOUISIANA OIL REFINING CORP. *v.* REED ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs.*